UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| CALVIN JERROD HENDRIX | ) | Prohibited Person |

**THE GRAND JURY CHARGES THAT:**

CR421-0138

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about July 31, 2020, in Chatham County, within the Southern District of Georgia, the Defendant,

**CALVIN JERROD HENDRIX,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock, Model 43, 9mm caliber pistol, and a Taurus, Model 80, .38 Special revolver, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Count One of this Indictment, the Defendant, **CALVIN JERROD HENDRIX,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Glock, Model 43, 9mm caliber pistol, serial number BDYH494; and a Taurus, Model 80, .38 Special revolver, serial number MD760861.

**(Signatures appear on the following page)**

A True Bill

_____
Foreperson

_____
David H. Estes
Acting United States Attorney

_____
Joseph P. McCool
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division