# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 4:21-CR-138 |
| | ) | |
| v. | ) | |
| | ) | |
| **CALVIN JERROD HENDRIX** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    August 22, 2022 through and including August 26, 2022 for the purpose of medical leave.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 21st day of June, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA